UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

ZUCKERBERG SAN FRANCISCO GENERAL HOSPITAL & TRAUMA CENTER, et al.,

Defendants.

Case No. 26-cv-01512-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 11

The Court has reviewed Magistrate Judge Tse's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the complaint is DISMISSED without leave to amend, under 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk is directed to enter judgment in favor of Defendants Zuckerberg San Francisco General Hospital & Trauma Center; Marin General Hospital; Regents of the University of California (UCSF Langley Porter Psychiatric Hospital, Medical Center at Mount Zion); City & County of San Francisco; and County of Marin and against Plaintiff Thomas Joseph Goddard, and to close the file.

**IT IS SO ORDERED.**

Dated: August 11, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California