UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

ZUCKERBERG SAN FRANCISCO GENERAL HOSPITAL & TRAUMA CENTER, et al.,

Defendants.

Case No. 26-cv-01512-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 11th day of August, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.

United States District Court
Northern District of California